**Order entered August 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01270-CV

**REGINA DELL BROWN, ET AL., Appellants**

**V.**

**MERRY OUTLAW, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06513**

## ORDER

Appellee's brief was originally due on July 25, 2018. Before the Court is appellee's August 3, 2018 motion requesting an extension of time to September 28 to file a brief. We **GRANT** the motion **to the extent** that appellee shall file a brief by **August 27, 2018**.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE